RUTH GALLER, INDIVIDUALLY, ETC., PLAINTIFF-PETITIONER, v. CHARLES SLURZBERG, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. William A. Kaufmann* and *Messrs. O'Mara, Schumann, Davis & Lynch* for the petitioner.

*Mr. August W. Heckman* and *Mr. Abraham J. Slurzberg* for the respondents.

October 26, 1953.  Denied.

FRANK LA SALLE, PLAINTIFF-RESPONDENT, v. INES F. LA POINTE, DEFENDANT-PETITIONER.

*Messrs. Rafferly & Blacher* for the petitioner.

*Mr. Julius B. Cohen* for the respondent.

October 26, 1953.  Granted.